## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SONIA STEINBERG, Executor to the Estate of GARY STEINBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>MARVEL & MALONEY,<br><br>Defendant. | Docket No: 3:18-cv-14660-BRM-DEA |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 22, 2019 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. 3:18-cv-14660-BRM-DEA, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS 25th day of March, 2019.

HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE